No. 12,637.

WHITE ET AL. *v.* ACCEPTANCE FINANCE CORPORATION.
(294 Pac. 1119)

Decided December 15, 1930. Rehearing denied January 12, 1931.

Judgment affirmed en banc, on application for supersedeas, without written opinion.

Mr. GEORGE A. CHASE, for plaintiffs in error.

MR. RODERICK JOHNSTON, Messrs. PONSFORD, PENDER & LARWILL, for defendant in error.